UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| WAYNE H. PRATHER, and ) | |
| LINDA M. PRATHER, ) | Chapter 13 |
| ) | Case No. 12 - 81891 |
| DEBTOR(S). ) | |

## **CHAPTER 13 PLAN**

1.   Debtors shall pay to the trustee the sum of $636.00 per month for 60 months from her income.  The total duration of the plan is to be 60 months.

2.   The attorney for the Debtor has received $0.00 towards his fees of $3300.00.  The remainder of the fee shall be paid by as a priority claim after approval of the attorney's fees and costs by the Court.  Attorney fees can be paid prior to confirmation if an order of Court is entered regarding Debtor's attorney's fees.

3.   After the costs of this proceeding have been paid, the creditors whose claims are duly proved and allowed shall be paid as follows:

   **A.  Amounts due on Real Property**.

   **1)   Application of Post-petition Ongoing Installment Payments Made  by Debtor(s) on her mortgage loan.**

   None.

   **B.   Amounts due on personal property.**

   1).   Pay CEFCU through Debtor's Plan the sum of $11,536.00 with interest at 5.25% per year for a 2010 Chevy Impala in payments established by the Debtor's Chapter 13 Trustee, and said creditor shall retain any lien it has in said property up to said amount.  Upon being paid said amount said creditor shall immediately release its lien.  This loan is being treated as being fully secured.

   2).   Pay CEFCU through Debtor's Plan the sum of $11,274.00 with interest at 5.25% per year for a 2008 GMC Sierra in payments established by the Debtor's Chapter 13 Trustee, and said creditor shall retain any lien it has in said property up to said amount.  Upon being paid said amount said creditor shall immediately release its lien.  The balance of this loan in the amount of $4,022.00 is being treated as unsecured and may be paid through this Plan as a general unsecured claim.

    **C.**    **Amounts due unsecured priority creditors**.

Pay the IRS through Debtors' plan the amount of $4,306.08 due for delinquent 2009 Federal income taxes.

    **D.**    Pay balance to Debtor's other creditors, all of whom are unsecured, on a pro-rata basis toward their allowed claims, without interest or other charges. All allowed priority unsecured claims, whether specifically provided for in this plan or not, will be paid in full and will be paid prior to any non-priority unsecured claims.

4.    During the pendency of this Chapter 13 proceeding, the Debtor shall not, except with the approval of the Trustee, incur obligations or make purchases on credit except for food, clothing, lodging or medical care for themselves or their dependents.

5.    Debtor proposes to make said payments into said Plan for a period of 60 months.

6.    Miscellaneous Provisions**:**

    A.    To receive payment from the trustee, either prior to or following confirmation, a secured creditor must file a proof of claim.

    B.    Confirmation of this plan does not bar a party in interest from objecting to a claim which is not filed in accordance with Federal Bankruptcy Rules 3001 or 3002.

    C.    Title to property that is subject to this case will re-vest in the Debtors upon confirmation of a plan.

Dated: August 16, 2012        by: /S/ W. Edgar Weer
                                                      Attorney for the Debtor(s)

W. Edgar Weer
Smith & Weer, P.C.
410 Elizabeth Street,
Pekin, Illinois 61654
Phone: (309) 347-4300
Fax: (309) 347-3574
Email: we_weer@yahoo.com

2