**B9I (Official Form 9I)** (Chapter 13 Case)(12/11)      Case Number **12−81891**

# UNITED STATES BANKRUPTCY COURT
## Central District of Illinois

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 8/20/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Wayne H Prather<br>701 Fischer Rd. #227<br>Creve Coeur, IL 61610 | Linda M Prather<br>701 Fischer Rd. #227<br>Creve Coeur, IL 61610 |
| Case Number:<br>12−81891 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx−xx−2118<br>xxx−xx−0078 |
| Attorney for Debtor(s) (name and address):<br>Wilmer Edgar Weer<br>410 Elizabeth St<br>Pekin, IL 61554<br>Telephone number: (309) 347−0700 | Bankruptcy Trustee (name and address):<br>Michael D Clark<br>401 Main St. #940<br>Peoria, IL 61602<br>Telephone number: 309−674−6137 |

## Meeting of Creditors

Date: **September 20, 2012**          Time: **10:00 AM**

Location: **Becker Building, Room 1105, 401 Main St, Peoria, IL 61602**

*DEBTOR IDENTIFICATION REQUIRED AT §341 MEETING.* All debtors must bring two forms of identification: (1) a government issued photo I.D. (e.g. driver's license, passport); and (2) proof of debtor's social security number. A driver's license does NOT qualify as proof of social security number. Cellular telephones are strictly prohibited and cannot be brought inside the building.

## Deadlines:

Filings must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**    Go to www.ilcb.uscourts.gov for mandatory electronic filing policy

For all creditors (except a governmental unit):      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P.
**12/19/12**      3002(c)(1)): **180 days after order for relief entered**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 11/19/12**

**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan

The debtor has filed a Chapter 13 Plan which is enclosed. **Objections to confirmation MUST be filed within 20 days after the date the Meeting of Creditors is conducted.** If no objections to confirmation are timely filed, the Court may enter an order confirming the Plan under the terms set forth in the Plan or as modified by agreement of the parties. The filing of a proof of claim does not constitute an objection to confirmation and will not prevent a creditor's claim from being modified pursuant to the terms set forth in the Chapter 13 Plan. In the event objections to confirmation are timely filed, a hearing will be scheduled by the Court on confirmation and any timely filed objections.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>216 Federal Building<br>100 N.E. Monroe St.<br>Peoria, IL 61602−1003 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Khadijia V. Thomas |
| Date: 8/21/12 | |

**EXPLANATIONS** B9I(Official Form 9I)(12/11)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code §1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | You may inspect all filings, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed on the front side of this notice. Go to *www.ilcb.uscourts.gov* for general court information, including this court's *mandatory* electronic filing policy. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                        United States Bankruptcy Court
                          Central District of Illinois
In re:                                                     Case No. 12-81891-tlp
Wayne H Prather                                            Chapter 13
Linda M Prather
         Debtors             CERTIFICATE OF NOTICE
District/off: 0753-1         User: pkei              Page 1 of 2              Date Rcvd: Aug 21, 2012
                             Form ID: b9i            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2012.
db/jdb      +Wayne H Prather,    Linda M Prather,    701 Fischer Rd. #227,    Creve Coeur, IL 61610-5000
tr          +Michael D Clark,    401 Main St. #940,   Peoria, IL 61602-1327
5972152     +CEFCU,    P.O. Box 1715,    Peoria, IL 61656-1715
5972150     +Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,
              Denver, CO 80237-3408
5972151     +Cefcu,    Attn: Pam in Collections,   Po Box 1715,    Peoria, IL 61656-1715
5972154     +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr., Mail Code Oh4-7302,
              Columbus, OH 43219-6009
5972161     +Heights Finance Corp,    1213 E Mcgalliard,   Muncie, IN 47303-2273
5972163     +Hsbc Nv,   Hsbc/Attention: Bankruptcy,    Po Box 5204,    Carol Stream, IL 60197-5204
5972168     +Sst/cigpficorp,    4315 Pickett Rd,   St Joseph, MO 64503-1600
5972169     +Sst/columbus Bank&trus,    Po Box 3997,   St. Joseph, MO 64503-0997

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: smithandweer@yahoo.com Aug 21 2012 19:31:26     Wilmer Edgar Weer,
               410 Elizabeth St,   Pekin, IL 61554
ust         +E-mail/Text: ustpregion10.pe.ecf@usdoj.gov Aug 21 2012 19:33:25     U.S. Trustee,
               Office Of Nancy J. Gargula U.S. Trustee,   401 Main St #1100,   Peoria, IL 61602-1241
5972149     +EDI: ACCE.COM Aug 21 2012 19:23:00     Asset Acceptance Llc,   Po Box 1630,
               Warren, MI 48090-1630
5972153     +EDI: CHASE.COM Aug 21 2012 19:23:00     Chase,   Po Box 15298,   Wilmington, DE 19850-5298
5972155     +EDI: CHASE.COM Aug 21 2012 19:23:00     Chase- Bp,   Po Box 15298,   Wilmington, DE 19850-5298
5972156     +EDI: RCSFNBMARIN.COM Aug 21 2012 19:23:00     Credit One Bank,   Po Box 98873,
               Las Vegas, NV 89193-8873
5972157     +EDI: GMACFS.COM Aug 21 2012 19:23:00     G M A C,   15303 S 94th Ave,
               Orland Park, IL 60462-3825
5972160      EDI: RMSC.COM Aug 21 2012 19:23:00     Green Tree Servicing L,   332 Minnesota St Ste 610,
               Saint Paul, MN 55101
5972158     +EDI: RMSC.COM Aug 21 2012 19:23:00     Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,
               Roswell, GA 30076-9104
5972159     +EDI: GMACFS.COM Aug 21 2012 19:23:00     Gmac,   15303 S 94th Ave,   Orland Park, IL 60462-3825
5972162     +EDI: HFC.COM Aug 21 2012 19:23:00     Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
5972164      EDI: IRS.COM Aug 21 2012 19:23:00     IRS,   P.O. Box 970024,   Saint Louis, MO 63197
5972165     +EDI: CBSKOHLS.COM Aug 21 2012 19:23:00     Kohls/capone,   Po Box 3115,
               Milwaukee, WI 53201-3115
5972166     +EDI: RESURGENT.COM Aug 21 2012 19:23:00     Lvnv Funding Llc,   Po Box 740281,
               Houston, TX 77274-0281
5972167      EDI: PRA.COM Aug 21 2012 19:23:00     Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,
               Norfolk, VA 23541
                                                                                             TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2012**          **Signature:** *Joseph Speetjens*

```
District/off: 0753-1           User: pkei              Page 2 of 2             Date Rcvd: Aug 21, 2012
                               Form ID: b9i            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2012 at the address(es) listed below:
          Michael D Clark    mclark13@mtco.com
          U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
          Wilmer Edgar Weer    on behalf of Debtor Wayne Prather smithandweer@yahoo.com, wilmer.wr@gmail.com
                                                                                                                   TOTAL: 3