**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602−1003

*In Re:*   Wayne H Prather and Linda M Prather
           *Debtor*

*Case No.:*   12−81891                          *Chapter:*   13

## Notice Requiring Domestic Support Obligation Certification

### (Required to Obtain A Discharge)

*Notice is hereby provided:*

☑ The schedules you have filed indicate no domestic support obligations. During the pendency of this bankruptcy case, any domestic support obligations that become due under any order of a court or administrative agency or under any statute **must be disclosed to the court.**

Pursuant to 11 U.S.C. 1328, a debtor who is required to pay a domestic support obligation must certify, upon completion of plan payments, that all amounts due under *any* order of a court or administrative agency or under any statute have been paid. Failure to file this certification could result in a denial or revocation of discharge.

☐ The schedules you have filed indicate domestic support obligations. Pursuant to 11 U.S.C. 1328, a debtor who is required to pay a domestic support obligation must certify, upon completion of plan payments, that all amounts due under *any* order of a court or administrative agency or under any statute have been paid.

The *Certification of Domestic Support Obligations* is a local form found on the court's webpage, at www.ilcb.uscourts.gov. Go to Forms>Required Local Forms.

Do not file the Certification of Domestic Support Obligations until completion of plan payments.

The attorney for the debtor will be expected to file the *Certification of Domestic Support Obligations,* serve a copy on parties in interest, and file a certificate of service. It will be assumed that this duty is included within the fee disclosed at the inception of the case.

**The court will not grant a discharge if the debtor(s) required to pay a domestic support obligation during the pendency of the case fail to file the required Certification.**

*Dated:* 8/21/12

                                            Khadijia V. Thomas
                                            Clerk, U.S. Bankruptcy Court

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.

United States Bankruptcy Court
Central District of Illinois

In re:                                                                Case No. 12-81891-tlp
Wayne H Prather                                                       Chapter 13
Linda M Prather
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0753-1          User: pkei          Page 1 of 2          Date Rcvd: Aug 21, 2012
                              Form ID: domsup     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2012.
db/jdb         +Wayne H Prather,    Linda M Prather,   701 Fischer Rd. #227,   Creve Coeur, IL 61610-5000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2012**                **Signature:**   _Joseph Speetjens_

```
District/off: 0753-1           User: pkei              Page 2 of 2             Date Rcvd: Aug 21, 2012
                               Form ID: domsup         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2012 at the address(es) listed below:
          Michael D Clark     mclark13@mtco.com
          U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
          Wilmer Edgar Weer    on behalf of Debtor Wayne Prather smithandweer@yahoo.com, wilmer.wr@gmail.com
                                                                              TOTAL: 3

Case 12-81891    Doc 10    Filed 08/23/12    Entered 08/24/12 00:25:07    Desc Imaged
Certificate of Notice    Page 3 of 3