UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| WAYNE H. PRATHER, and ) | |
| LINDA M. PRATHER, ) | Chapter 13 |
| ) | Case No. 12 - 81891 |
| DEBTOR(S). ) | |

## **CHAPTER 13 PLAN**

1. Debtors shall pay to the trustee the sum of $636.00 per month for 60 months from her income. The total duration of the plan is to be 60 months.

2. The attorney for the Debtor has received $0.00 towards his fees of $3300.00. The remainder of the fee shall be paid by as a priority claim after approval of the attorney's fees and costs by the Court. Attorney fees can be paid prior to confirmation if an order of Court is entered regarding Debtor's attorney's fees.

3. After the costs of this proceeding have been paid, the creditors whose claims are duly proved and allowed shall be paid as follows:

   A. **Amounts due on Real Property**.

      1) **Application of Post-petition Ongoing Installment Payments Made by Debtor(s) on her mortgage loan.**

         None.

   B. **Amounts due on personal property.**

      1). Pay CEFCU through Debtor's Plan the sum of $11,536.00 with interest at 5.25% per year for a 2010 Chevy Impala in payments established by the Debtor's Chapter 13 Trustee, and said creditor shall retain any lien it has in said property up to said amount. Upon being paid said amount said creditor shall immediately release its lien. This loan is being treated as being fully secured.

      2). Pay CEFCU through Debtor's Plan the sum of $11,274.00 with interest at 5.25% per year for a 2008 GMC Sierra in payments established by the Debtor's Chapter 13 Trustee, and said creditor shall retain any lien it has in said property up to said amount. Upon being paid said amount said creditor shall immediately release its lien. The balance of this loan in the amount of $4,022.00 is being treated as unsecured and may be paid through this Plan as a general unsecured claim.

  **C.** **Amounts due unsecured priority creditors**.

  Pay the IRS through Debtors' plan the amount of $4,306.08 due for delinquent 2009 Federal income taxes.

  **D.** Pay balance to Debtor's other creditors, all of whom are unsecured, on a pro-rata basis toward their allowed claims, without interest or other charges. All allowed priority unsecured claims, whether specifically provided for in this plan or not, will be paid in full and will be paid prior to any non-priority unsecured claims.

  4. During the pendency of this Chapter 13 proceeding, the Debtor shall not, except with the approval of the Trustee, incur obligations or make purchases on credit except for food, clothing, lodging or medical care for themselves or their dependents.

  5. Debtor proposes to make said payments into said Plan for a period of 60 months.

  6. Miscellaneous Provisions**:**

   A. To receive payment from the trustee, either prior to or following confirmation, a secured creditor must file a proof of claim.

   B. Confirmation of this plan does not bar a party in interest from objecting to a claim which is not filed in accordance with Federal Bankruptcy Rules 3001 or 3002.

   C. Title to property that is subject to this case will re-vest in the Debtors upon confirmation of a plan.

Dated: August 16, 2012    by: /S/ W. Edgar Weer
             Attorney for the Debtor(s)

W. Edgar Weer
Smith & Weer, P.C.
410 Elizabeth Street,
Pekin, Illinois 61654
Phone: (309) 347-4300
Fax: (309) 347-3574
Email: we_weer@yahoo.com

United States Bankruptcy Court
Central District of Illinois

In re:                                                        Case No. 12-81891-tlp
Wayne H Prather                                               Chapter 13
Linda M Prather
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0753-1          User: pkei              Page 1 of 2             Date Rcvd: Aug 21, 2012
                              Form ID: pdf012         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2012.
```
db/jdb       +Wayne H Prather,    Linda M Prather,    701 Fischer Rd. #227,    Creve Coeur, IL 61610-5000
5972152      +CEFCU,    P.O. Box 1715,    Peoria, IL 61656-1715
5972150      +Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,
               Denver, CO 80237-3408
5972151      +Cefcu,    Attn: Pam in Collections,    Po Box 1715,    Peoria, IL 61656-1715
5972153      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
5972154      +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr., Mail Code Oh4-7302,
               Columbus, OH 43219-6009
5972155      +Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
5972156      +Credit One Bank,    Po Box 98873,    Las Vegas, NV 89193-8873
5972161      +Heights Finance Corp,    1213 E Mcgalliard,    Muncie, IN 47303-2273
5972162      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
5972163      +Hsbc Nv,    Hsbc/Attention: Bankruptcy,    Po Box 5204,    Carol Stream, IL 60197-5204
5972167     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,     Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541)
5972168      +Sst/cigpficorp,    4315 Pickett Rd,    St Joseph, MO 64503-1600
5972169      +Sst/columbus Bank&trus,    Po Box 3997,    St. Joseph, MO 64503-0997
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5972149      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 21 2012 19:32:23     Asset Acceptance Llc,
               Po Box 1630,   Warren, MI 48090-1630
5972156      +E-mail/Text: creditonebknotifications@resurgent.com Aug 21 2012 19:32:15     Credit One Bank,
               Po Box 98873,   Las Vegas, NV 89193-8873
5972157      +E-mail/Text: ally@ebn.phinsolutions.com Aug 21 2012 19:33:04     G M A C,    15303 S 94th Ave,
               Orland Park, IL 60462-3825
5972160       E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2012 22:03:47      Green Tree Servicing L,
               332 Minnesota St Ste 610,    Saint Paul, MN 55101
5972158      +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2012 22:03:47      Gemb/JC Penny,
               Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
5972159      +E-mail/Text: ally@ebn.phinsolutions.com Aug 21 2012 19:33:04     Gmac,    15303 S 94th Ave,
               Orland Park, IL 60462-3825
5972164       E-mail/Text: cio.bncmail@irs.gov Aug 21 2012 19:31:40      IRS,    P.O. Box 970024,
               Saint Louis, MO 63197
5972165      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 21 2012 19:32:16     Kohls/capone,    Po Box 3115,
               Milwaukee, WI 53201-3115
5972166      +E-mail/Text: resurgentbknotifications@resurgent.com Aug 21 2012 19:32:07     Lvnv Funding Llc,
               Po Box 740281,   Houston, TX 77274-0281
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).




**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Aug 23, 2012**                **Signature:**    *Joseph Speetjens*

```
District/off: 0753-1          User: pkei                 Page 2 of 2              Date Rcvd: Aug 21, 2012
                              Form ID: pdf012            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2012 at the address(es) listed below:
         Michael D Clark    mclark13@mtco.com
         U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
         Wilmer Edgar Weer    on behalf of Debtor Wayne Prather smithandweer@yahoo.com, wilmer.wr@gmail.com
                                                                                     TOTAL: 3